# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Peter S. Sok <br>        Debtor | CHAPTER 13 |
| MATRIX FINANCIAL SERVICES CORP., its successors and/or assigns <br>        Movant <br>   vs. | NO. 20-14500 AMC |
| Peter S. Sok <br>        Debtor | |
| William C. Miller, Esquire <br>        Trustee | 11 U.S.C. Section 362 |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

 Kindly withdraw the Objection to Confirmation of MATRIX FINANCIAL SERVICES CORP., which was filed with the Court on or about January 22, 2021 (Document No. 15).

            Respectfully submitted,

            /s/ Rebecca A. Solarz, Esq.
            _____

            Rebecca A. Solarz, Esquire
            KML Law Group, P.C.
            BNY Mellon Independence Center
            701 Market Street, Suite 5000
            Philadelphia, PA  19106
            Phone: (215)-627-1322

Dated: May 19, 2021