# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re: **Peter S Sok**

Case No.: **20-14500-AMC**
Chapter 13

Debtor(s)

## Addendum to Amended Chapter 13 Plan Section 2(a)(2)

**Addendum regarding Section§ 2(a)(2) of the Amended Plan:**

**The Total Base Amount of $44,200.00 shall be paid to the Chapter 13 Trustee based on following for the 60 month plan**
**The debtor has already paid $2,400.00 over 4 months and shall then pay**
Payment of $ **650.00** for **8** months beginning in **April 2021**
Payment of $ **700.00** for **12** months beginning in **December 2021**.
Payment of $ **750.00** for **12** months beginning in **December 2022**
Payment of $ **800.00** for **24** months beginning in **December 2023**

Date:  **May 25, 2021**

/s/ **David M. Offen**
**David M. Offen**
Attorney for Debtor(s)

### CERTIFICATE OF SERVICE

**The Chapter 13 Trustee is being served with a copy of this Addendum.**

Date:  **May 25, 2021**

/s/ **David M. Offen**
**David M. Offen**
Attorney for Debtor