United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Peter S Sok  
    Debtor

Case No. 20-14500-amc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 2  
Date Rcvd: May 25, 2021      Form ID: 155      Total Noticed: 22

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 27, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Peter S Sok, 6031 N. Front Street, Philadelphia, PA 19120-2010 |
| 14566784 | + | MATRIX FINANCIAL SERVICES CORP., C/O Rebecca Solarz, Esquire, KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14579755 | + | Pinnacle Service Solutions LLC, 4408 Milestrip Rd #247, Blasdell, NY 14219-2553 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14575730 | | Email/Text: ally@ebn.phinsolutions.com | May 26 2021 02:37:00 | Ally Bank, PO Box 130424, Roseville, MN 55113-0004 |
| 14562301 | + | Email/Text: ally@ebn.phinsolutions.com | May 26 2021 02:37:00 | Ally Financial, Attn: Bankruptcy, Po Box 380901, Bloomington, MN 55438-0901 |
| 14562306 | | Email/Text: Bankruptcy.RI@Citizensbank.com | May 26 2021 02:37:00 | Citizens Bank, 1 Citizens Dr., Ms: Rop 15b, Riverside, RI 02915 |
| 14565994 | | Email/Text: Bankruptcy.RI@Citizensbank.com | May 26 2021 02:37:00 | Citizens Bank N.A., One Citizens Bank Way JCA115, Johnston, RI 02919 |
| 14589560 | | Email/Text: megan.harper@phila.gov | May 26 2021 02:37:00 | City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14562302 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | May 26 2021 02:24:38 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14569786 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | May 26 2021 02:24:42 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14573969 | + | Email/Text: bankruptcy@cavps.com | May 26 2021 02:37:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 14562303 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 26 2021 02:23:49 | Cbna, Attn: Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 14562304 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 26 2021 02:24:44 | Citibank, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 14570466 | | Email/Text: mrdiscen@discover.com | May 26 2021 02:37:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany OH 43054-3025 |
| 14562307 | + | Email/Text: mrdiscen@discover.com | May 26 2021 02:37:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 14577659 | | Email/Text: cashiering-administrationservices@flagstar.com | May 26 2021 02:38:00 | Flagstar Bank FSB, 5151 Corporate Drive, Troy, MI 48098 |
| 14562308 | + | Email/PDF: resurgentbknotifications@resurgent.com | May 26 2021 02:23:47 | LVNV Funding, PO Box 10497, Greenville, SC 29603-0497 |
| 14564157 | | Email/PDF: resurgentbknotifications@resurgent.com | May 26 2021 02:23:47 | LVNV Funding, LLC, Resurgent Capital Services, |

Case 20-14500-amc  Doc 26  Filed 05/27/21  Entered 05/28/21 00:54:59  Desc Imaged
Certificate of Notice  Page 2 of 3

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: May 25, 2021 | Form ID: 155 | Total Noticed: 22 |

| | | | | |
|---|---|---|---|---|
| | | | | PO Box 10587, Greenville, SC 29603-0587 |
| 14578030 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | | May 26 2021 02:24:39 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk, VA 23541 |
| 14562312 | + | Email/PDF: gecsedi@recoverycorp.com | | |
| | | | May 26 2021 01:29:36 | Syncb/PPC, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14562311 | + | Email/PDF: gecsedi@recoverycorp.com | | |
| | | | May 26 2021 01:29:37 | Syncb/ebay, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14578608 | + | Email/PDF: gecsedi@recoverycorp.com | | |
| | | | May 26 2021 01:29:37 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |

TOTAL: 19

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14562310 | | Sidon Bou, Unknown |
| 14562305 | *+ | Citibank, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 14562309 | *+ | LVNV Funding, PO Box 10497, Greenville, SC 29603-0497 |

TOTAL: 1 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 27, 2021          Signature:     /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 25, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| DAVID M. OFFEN | on behalf of Debtor Peter S Sok dmo160west@gmail.com davidoffenecf@gmail.com;offendr83598@notify.bestcase.com |
| REBECCA ANN SOLARZ | on behalf of Creditor MATRIX FINANCIAL SERVICES CORP. bkgroup@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM C. MILLER, Esq. | on behalf of Trustee WILLIAM C. MILLER  Esq. ecfemails@ph13trustee.com, philaecf@gmail.com |
| WILLIAM C. MILLER, Esq. | ecfemails@ph13trustee.com philaecf@gmail.com |

TOTAL: 5

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Peter S Sok
      Debtor(s)

Chapter: 13

Bankruptcy No: 20−14500−amc

---

### *ORDER CONFIRMING PLAN UNDER CHAPTER 13*

AND NOW, this May 25, 2021 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

                                                             Ashely M. Chan
                                                            Judge ,
                                                            United States Bankruptcy Court