(SPACE ABOVE THIS LINE FOR RECORDER'S USE ONLY)

## ASSIGNMENT OF MORTGAGE

### KNOW ALL MEN BY THESE PRESENTS

**STATE OF:** PENNSYLVANIA       **LOAN** ▓▓▓▓
**COUNTY OF:** PHILADELPHIA
**APN#** ▓▓▓▓

For value received, MATRIX FINANCIAL SERVICES CORPORATION, AN ARIZONA CORPORATION, which has an address of 601 CARLSON PKWY, STE. 1400, MINNETONKA, MN 55305 (Assignor) acting herein by and through a duly authorized officer, does hereby assign and transfers to FLAGSTAR BANK, FSB whose address is 5151 CORPORATE DR, TROY, MI 48098 (Assignee), all of its right, title and interest in the below described MORTGAGE.

MORTGAGE executed by NAVIN SOK, PETER S. SOK, AND SIDON BOU to MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.("MERS"), AS MORTGAGEE, AS NOMINEE FOR AMERICAN FINANCIAL NETWORK INC DBA ORION LENDING, IT'S SUCCESSORS AND ASSIGNS, securing the amount of $143,450.00 dated 02/15/2018 and recorded 02/22/2018 as DOCUMENT NO. 53331170, which was recorded on the lot(s) or parcel(s) described therein situated in the City of PHILADELPHIA, County of PHILADELPHIA, State of PENNSYLVANIA

To have and to hold unto said Assignee said above described MORTGAGE, together with all and singular the liens, rights, equities, title and estate in said real estate therein described securing the payment thereof, or otherwise.

SEE ATTACHED NOTE/INTEREST TRANSFER HISTORY