IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| Peter S. Sok | : | No.  20-14500-AMC |
| Debtor | : | |

ANSWER TO MOTION OF FLAGSTAR BANK, FSB
FOR RELIEF FROM THE AUTOMATIC STAY UNDER SECTION 362
<u>AND CERTIFICATE OF SERVICE</u>

1. Admitted.

2. Admitted.

3. Admitted.

4. Admitted.

5. Admitted.

6. Denied.

7. Denied.

8. Denied.

9. No response is required.

WHEREFORE, Debtor respectfully requests this Honorable Court deny Movant's Motion for Relief.

<u>/s/ David M. Offen</u>
David M. Offen
Attorney for Debtor

Dated: 11/30/2022

A copy of this Answer is being served on DENISE ELIZABETH CARLON, Esquire, and the Chapter 13 Trustee.