*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*


In re:                                                        : Chapter 13


Peter S Sok                                                   : Case No. 20–14500–amc

        Debtor(s)


***ORDER***

_____


    AND NOW, this day , May 20, 2026 , it appearing that the trustee in the above

entitled matter has filed his report and that the trustee has performed all other duties required

in the administration of the debtor(s) estate, it is


    ORDERED that the trustee be discharged and relieved of any trust; and this case be, and

the same hereby is, closed.



                     By The Court

                     Ashely M. Chan
                     Chief Judge, United States Bankruptcy Court


Form 195